

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00486-CR

Jemadari Chinua **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B19-346
Honorable Rex Emerson, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and this cause is REMANDED to the trial court with instructions to dismiss the indictment.

SIGNED April 27, 2022.

Liza A. Rodriguez, Justice